IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:19-10033-STA |
| TERRY HARDIN, | ) | |
| Defendant. | ) | |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on May 28, 2019, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Terry Hardin, appearing in person, and with counsel, Lloyd Tatum.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, SEPTEMBER 10, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 28th day of May, 2019.

                                                s/ S. Thomas Anderson
                                           CHIEF JUDGE, U. S. DISTRICT COURT